DELOS D. PIER, Respondent, *v.* BENJAMIN GEORGE, Appellant.

An assignee of a claim against a manufacturing corporation may maintain
an action against a trustee thereof, to enforce the liability for its debts
given by the General Manufacturing Act because of failure to file an an-
nual report, or because of signing a false report.
*Pier* v. *George* (20 Hun, 210), reversed.

(Argued April 28, 1881; decided October 4, 1881.)

THIS action was brought against defendant as a trustee of the
"Newburgh Lager Beer Brewery," a corporation organized
under the General Manufacturing Act, to recover the amount of
certain promissory notes made by the corporation, payable to
Pier Brothers & Co., and transferred to plaintiff, for which
defendant was claimed to be liable because of failure of the
corporation to file an annual report, and because of his signing a
report containing a material false representation, knowing it to
be false.

The case presented the same questions and was argued with
*Pier* v. *Hanmore* (*ante*, p. 95), and was decided principally
upon the authority of that case.

It was claimed by defendant, that the action was not main-
tainable upon an assigned claim. *Held* untenable. The court
citing *Bolere* v. *Crosby* (49 N. Y. 183) *Hoag* v. *Lamont* (60
id. 96).

*Samuel Hand* for appellant.

*Charles H. Searle* for respondent.

RAPALLO, J., reads for reversal.

All concur.
Judgment reversed.